IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01988-LTB

JAIME RODRIGUEZ,

    Plaintiff,

v.

LIMON CORRECTIONAL OFFICERS AND FACILITY,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, District Judge, on September 6, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 6 day of September, 2012.

                                    FOR THE COURT,

                                    JEFFREY P. COLWELL, Clerk

                                    By: s/L. Gianelli
                                        Deputy Clerk